UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

UNITED STATES OF AMERICA      Plaintiff,      Case No. 14 mj 1209

-against-

STEVEN JORDAN      Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**G. Michael Bellinger**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **GB-3814**   My State Bar Number is **1906395**

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Arent Fox LLP
            FIRM ADDRESS: 1675 Broadway, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212 484 3936
            FIRM FAX NUMBER: 212 484 3990

NEW FIRM:   FIRM NAME: Carter Ledyard & Milburn LLP
            FIRM ADDRESS: 2 Wall Street, new York, New York 10005
            FIRM TELEPHONE NUMBER: 212 238 8665
            FIRM FAX NUMBER: 212 732 3232

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 25, 2014

_G. Michael Bellinger_
ATTORNEY'S SIGNATURE