# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

G. Michael Bellinger
Partner

Direct Dial: (212) 238-8665
E-mail: bellinger@clm.com

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

June 30, 2014

**VIA FACSIMILE**

Hon. Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Application Granted*

Re: U.S.A. v. Steven Jordan
Case No. 14 MAG 1209

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-30-14

Dear Judge Pitman:

Carter Ledyard & Milburn LLP represents Mr. Jordan in the above-captioned matter.

Mr. Jordan was arraigned in the Southern District of New York before Judge James C. Francis IV on June 23, 2014. Mr. Jordan was released on a personal cognizance bond of twenty-five thousand dollars ($25,000), to be co-signed by one financially responsible person, no later than June 30, 2014. Mr. Jordan has obtained a financially responsible person, who has executed a bond in the State of Georgia (Mr. Jordan's state of residence), but the U.S. Attorney's Office for the Southern District of New York has not had an opportunity to interview this individual.

We hereby request that the current bail conditions be extended to July 8, 2014 in order to comply with the financially responsible person condition. The U.S. Attorney's Office for the Southern District of New York, by Assistant United States Attorney Andrew DeFilippis, consents to this request.

Sincerely,

G. Michael Bellinger

GMB:bp

cc: AUSA Andrew DeFilippis

7468140.1