# CARTER LEDYARD & MILBURN LLP
### Counselors at Law



G. Michael Bellinger
Partner

Direct Dial: (212) 238-8665
E-mail: bellinger@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

July 8, 2014

**VIA FACSIMILE**

Hon. Kevin N. Fox
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007-1312

**DOC # 9**

Re: U.S.A. v. Steven Jordan
Case No. 14 MAG 1209

Dear Judge Fox:

Carter Ledyard & Milburn LLP represents Mr. Jordan in the above-captioned matter.

Mr. Jordan was arraigned in the Southern District of New York before Judge James C. Francis IV on June 23, 2014. Mr. Jordan was released on a personal cognizance bond of twenty-five thousand dollars ($25,000), to be co-signed by one financially responsible person, no later than June 30, 2014. Mr. Jordan has obtained a financially responsible person, who has executed a bond in the State of Georgia (Mr. Jordan's state of residence). The U.S. Attorney's Office for the Southern District of New York has interviewed and approved this individual.

We hereby request that the current bail conditions be extended to July 15, 2014 in order to provide the financially responsible individual the opportunity to report to Federal Pretrial Services in Atlanta, George. The U.S. Attorney's Office for the Southern District of New York, by Assistant United States Attorney Andrew DeFilippis, consents to this request.

7/8/14
Application granted.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Sincerely,

G. Michael Bellinger /BP

GMB:bp

cc: AUSA Andrew DeFilippis

7472795.1



# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*



RECEIVED
JUL - 8 2014
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**G. Michael Bellinger**
*Partner*

Direct Dial: 212-238-8665
E-mail: bellinger@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

July 8, 2014
Client No.: JOR07-001
Total pages (*including cover*): 2

**FAX TRANSMITTAL**

| NAME/COMPANY | TELEPHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|
| Hon. Kevin N. Fox<br>United States Magistrate Judge | 212-805-6705 | 212-805-6712 |

Re:   *USA v. Steven Jordan*
       <u>Case No. 14 MAG 1209</u>

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

- PLEASE CALL OUR OPERATORS IF ANY PAGES ARE NOT RECEIVED -

7472850.1