UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

              v.

STEVEN JORDAN,
                    Defendant.
------------------------------------------------------------X

**Affirmation in Support of Application for an Order of Continuance**

14 Mag. 1209

| | |
|---|---|
| State of New York ) | |
| County of New York | : ss.: |
| Southern District of New York ) | |

Andrew J. DeFilippis, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. §3161(h)(7)(A).

2. The defendant was charged in a complaint dated June 2, 2014, with violations of 18 U.S.C. § 228. The defendant was arrested in the Northern District of Georgia on June 10, 2014 and was subsequently released on bail. The defendant self-surrendered in the Southern District of New York on June 23, 2014, and was presented before Magistrate Judge James C. Francis IV on the same day. The defendant was represented by Michael Bellinger, Esq., and was released on a personal recognizance bond. A preliminary hearing was scheduled for July 11, 2014.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2014

3. Defense counsel and I have engaged in initial discussions regarding a possible disposition of this case. The negotiations have not been completed, and we plan to continue our discussions but do not anticipate a resolution before the currently scheduled preliminary hearing date of July 11, 2014.

4. Therefore, the Government is requesting a continuance until August 11, 2014, to continue the foregoing discussions and reach a disposition of this matter. Defense counsel has consented to this request.

5. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
July 11, 2014

Andrew J. DeFilippis
Assistant United States Attorney
(212) 637-2231