

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

**Order of Continuance**

v.

STEVEN JORDAN,                                                    14 Mag. 1209

Defendant.
--------------------------------------------------------X

Upon the application of the United States of America and the affirmation of

Andrew J. DeFilippis, Assistant United States Attorney for the Southern District of New York, it

is found that the defendant was charged with violations of 18 U.S.C. § 228 in a complaint dated

June 2, 2014, and was arrested in the Northern District of Georgia on June 10, 2014 and

subsequently released on bail;

It is further found that the defendant self-surrendered and was presented before

Magistrate Judge James C. Francis IV in the Southern District of New York on June 23, 2014,

and was released on a personal recognizance bond on the same date;

It is further found that Michael Bellinger, Esq., counsel for the defendant, and

Assistant United States Attorney Andrew DeFilippis have engaged in, and are continuing,

discussions concerning a possible disposition of this case;

It is further found that the Government, with the consent of the defendant, through

counsel, has requested a continuance of 30 days to engage in further discussions with counsel

about the disposition of this case, and the defendant has specifically waived his right to be

charged in an indictment or information for a period not to exceed 30 days;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 1 2014

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until August 11, 2014 and that a copy of this Order and the affirmation of Assistant United States Attorney Andrew J. DeFilippis be served by mail on this date on counsel for the defendant by the United States Attorney's Office.


Dated: New York, New York
      July 11, 2014


_Kevin Nathaniel Fox_
UNITED STATES MAGISTRATE JUDGE