UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

          v.

STEVEN JORDAN,
                   Defendant.
------------------------------------------------------------X

**Affirmation in Support of Application for an Order of Continuance**

14 Mag. 1209

State of New York         )
County of New York     : ss.:
Southern District of New York )

    Andrew J. DeFilippis, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

    1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. §3161(h)(7)(A).

    2. The defendant was charged in a complaint dated June 2, 2014, with violations of 18 U.S.C. § 228. The defendant was arrested in the Northern District of Georgia on June 10, 2014 and was subsequently released on bail. The defendant self-surrendered in the Southern District of New York on June 23, 2014, and was presented before Magistrate Judge James C. Francis IV on the same day. The defendant was represented by Michael Bellinger, Esq., and was released on a personal recognizance bond. A preliminary hearing was scheduled for July 11, 2014.

3. On July 11, 2014, the Government, with the consent of the defendant, through counsel, requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case, and a continuance was granted on the same date, with time excluded through August 11, 2014;

4. On August 11, 2014, the Government, with the consent of the defendant, through counsel, requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case, and a continuance was granted on the same date, with time excluded through September 10, 2014;

5. On September 10, 2014, the Government, with the consent of the defendant, through counsel, requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case, and a continuance was granted on the same date, with time excluded through October 10, 2014;

6. On September 10, 2014, the Government, with the consent of the defendant, through counsel, requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case, and a continuance was granted on the same date, with time excluded through October 10, 2014;

7. On November 10, 2014, the Government, with the consent of the defendant, through counsel, requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case, and a continuance was granted on the same date, with time excluded through December 10, 2014;

2

8. Defense counsel and I have engaged in further discussions regarding a possible disposition of this case. The negotiations have not been completed, and we plan to continue our discussions but do not anticipate a resolution before the currently scheduled preliminary hearing date of November 10, 2014.

9. Therefore, the Government is requesting a continuance until December 10, 2014, to continue the foregoing discussions and reach a disposition of this matter. Defense counsel has consented to this request.

10. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.


Dated: New York, New York
       November 10, 2014

                                          _____
                                          Andrew J. DeFilippis
                                          Assistant United States Attorney
                                          (212) 637-2231

2